UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Action No. 6:18-CR-044-CHB-5 |
| v. | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| BRANDON E. COLE, | ) | **RECOMMENDATION** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 117], United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Brandon E. Cole's guilty plea and adjudge him guilty of Count 2 of the Indictment [R. 118]. The magistrate judge informed Defendant of his "right to object" to these recommendations and "to secure de novo review from" the undersigned. [R. 118 at pp. 2-3] Judge Ingram imposed a 3-day deadline for any objection. *Id*. That deadline has passed, and neither the Defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advise, **IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea [**R. 118**], **ACCEPTS** Cole's guilty plea, and **ADJUDGES** him guilty of Count 2 of the Indictment to which he pleaded. The Court will issue a separate sentencing order.

This the 24th day of June, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY